## Pennsylvania Labor Relations Board, Appellant, *v.* William Battersby's Sons Corporation.

Argued January 14, 1958. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO and JONES, JJ.

*James F. Wildeman,* Assistant Attorney General, with him *Richard H. Kutz, Herbert N. Shenkin,* Assistant Attorneys General, *Leon Ehrlich,* Deputy Attorney General, for Pennsylvania Labor Relations Board, Appellant.

*Ivan Michaelson Czap*, with him *I. Bernard Fenner*, for appellee.

OPINION PER CURIAM, April 21, 1958:

Order affirmed on the able opinion of President Judge KUN, which is reported in 12 Pa. D. & C. 2d 47.

Mr. Justice MUSMANNO dissents.

Mr. Justice COHEN took no part in the consideration or decision of this case.